JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 08-01721-SGL(FMOx)                              Date:  January 28, 2009

Title:   U.S. BANK NATIONAL ASSOCIATION, ET AL. -v- FELIPE VELASQUEZ, ET AL.
=======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

       Jim Holmes                                        None Present
       Courtroom Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                       None present

PROCEEDINGS:   IN CHAMBERS (No Proceedings Held)

                     ORDER SUMMARILY REMANDING MATTER TO STATE COURT

      On January 8, 2009, the Court issued an Order to Show Cause (docket # 4) directing defendants to file a response within seven days demonstrating why this matter should not be remanded to Riverside County Superior Court for lack of subject matter jurisdiction.  Defendants were specifically warned that their failure to file such a response to the Court's Order would be considered "a failure to prosecute this matter" and would "result in the summary remand of the matter to state court."  The time for defendants to file their response to the Court's Order to Show Cause has long since passed and no response was tendered by them.  Accordingly, the matter is hereby summarily **REMANDED** to state court.

      IT IS SO ORDERED.

MINUTES FORM 90                                                    Initials of Deputy Clerk:   jh
CIVIL -- GEN                                    1